**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FASHION INSTITUTE OF TECHNOLOGY, | ) | Civil Action Case No. 1:25-cv-00950 |
| | ) | |
| Defendant. | ). | **NOTICE OF MOTION** |

    **PLEASE TAKE NOTICE** that Plaintiff hereby applies to the Court for an e*x parte* order: (i) authorizing Plaintiff to file the Complaint, summons, and civil cover sheet in this action using the pseudonym "Jane Doe," and to file all other papers in this action under the name Jane Doe; and (ii) prohibiting Defendants from publicly identifying Plaintiff, in court filings or otherwise.

    **PLEASE TAKE FURTHER NOTICE THAT** Plaintiff shall rely upon the accompanying Complaint and Memorandum of Law in support of the Motion.  Plaintiff also submits a proposed form of Order with this Motion.

[THIS SECTION IS INTENTIONALLY LEFT BLANK]

**Dated: January 31, 2025**

                                    **National Jewish Advocacy Center, Inc.**
                                    *Attorneys for Plaintiff*

By:          */s/ Abra Siegel*
                                             Abra Siegel
                                           666 Harless Place
                                      West Hempstead, NY 11552
                                           (312) 487-1281
                                          abra@njaclaw.org

By:          */s/ Lauren Israelovitch*
                                          Lauren Israelovitch
                                          666 Harless Place
                                      West Hempstead, NY 11552
                                           (914) 222-3828
                                          lauren@njaclaw.org