UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JANE DOE,                                                               :
:
Plaintiff,                                      :
:
-v-                                             :         25 Civ. 950 (JPC)
:
FASHION INSTITUTE OF TECHNOLOGY,                                        :         ORDER
:
Defendant.                                      :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       In Plaintiff's Memorandum of Law in support of her motion for reconsideration, Plaintiff states that "Defendant did not claim prejudice as it did not oppose Plaintiff's renewed motion to proceed under a pseudonym." Dkt. 25 at 5. Plaintiff attached to the Memorandum an email communication from Defendant informing Plaintiff that Defendant "will not oppose [her] renewed motion to proceed under a pseudonym." Dkt. 25-2. By April 28, 2025, Defendant shall submit a letter informing the Court whether, by not opposing Plaintiff's renewed motion, Defendant also intended to disclaim all prejudice that could result from Plaintiff proceeding under a pseudonym in this case. Defendant also should address its view as to whether it would suffer any prejudice— either at this initial stage of the litigation or potentially at a later stage—were Plaintiff to be permitted to proceed by pseudonym.

       SO ORDERED.

Dated: April 21, 2025
       New York, New York
                                                                                   JOHN P. CRONAN
                                                                        United States District Judge