UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

              Plaintiff,

v.

FASHION INSTITUTE OF TECHNOLOGY,

              Defendant.

**NOTICE OF MOTION**

Case No.: 1:25-cv-00950

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, the Affidavit of Corie McCallum and Exhibits thereto, and upon all prior pleadings and proceedings had herein, Defendant the Fashion Institute of Technology ("FIT" or "Defendant") by and through its attorneys, Bond, Schoeneck & King, PLLC, shall move this Court before the Honorable John P. Cronan, United States District Judge, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 12D, at a date and time to be designated by the Court, for an Order dismissing Plaintiff's Complaint in its entirety pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), and New York Civil Practice Law & Rules, Section 217, on the grounds that the Complaint fails to state claims upon which relief can be granted, and for any other relief deemed appropriate by the Court.

Dated: New York, New York
       May 23, 2025

BOND, SCHOENECK & KING, PLLC

By:      */s/ RKK*
Rebecca K. Kimura, Esq.
Christopher Cruz-Sierra, Esq.
*Attorneys for the Fashion Institute of Technology*
600 Third Avenue, 22nd Floor
New York, New York 10016-1915
Email address: rkimura@bsk.com
Telephone: 646-253-2309

To:    All Counsel of record (via ECF)