UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JANE DOE,                                        :
                                                 :   Civil Action No.: 1:25-cv-950-JPC
                Plaintiff,       :
                                                 :
     v.                                           :   **NOTICE OF APPEAL**
                                                 :
FASHION INSTITUTE OF TECHNOLOGY,                 :
                                                 :
                                                 :
                Defendant.       :
                                                 :
----------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Plaintiff Jane Doe hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on July 11, 2025 denying Plaintiff's Motion for Reconsideration of the Court's Order denying Plaintiff's Unopposed Renewed Motion to Proceed Under a Pseudonym (see Dkt. No. 44).

Dated: July 18, 2025

                                                      Respectfully submitted,

                                                      **NATIONAL JEWISH ADVOCACY CENTER**

                                                      By: _/s/ Abra Siegel_
                                                          Abra Siegel

                                                    3 Times Square
                                                   New York, NY 10036
                                                   Telephone: (312) 487-1281
                                                   abra@njaclaw.org

                                                   *Counsel for Plaintiff*