# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of December, two thousand twenty-five.

Before:   Myrna Pérez,
          *Circuit Judge.*

_____

Jane Doe,

        Plaintiff - Appellant,

  v.

Fashion Institute of Technology,

        Defendant - Appellee.

_____

**ORDER**

Docket No. 25-1761

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
12/5/2025

Appellant moves to stay the district court's order directing her to file an amended complaint using her true name. Appellee opposes the motion.

IT IS HEREBY ORDERED that, to the extent that Appellant requests a temporary stay pending review by a three-Judge panel, the motion is GRANTED. The motion is REFERRED to a three-Judge panel on an expedited basis.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court



CERTIFIED COPY ISSUED ON 12/05/2025