S.D.N.Y.–N.Y.C.
25-cv-950
Cronan, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 04 2026

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of March, two thousand twenty-six.

Present:
    Dennis Jacobs,
    Gerard E. Lynch,
    Richard J. Sullivan,
        *Circuit Judges*.

Jane Doe,

        *Plaintiff-Appellant*,

    v.                                                   25-1761

Fashion Institute of Technology,

        *Defendant-Appellee*.

Appellant moves for a stay, pending appeal, of the district court's orders denying her motion to proceed anonymously and requiring the filing of an amended complaint using her true name. Upon due consideration, it is hereby ORDERED that the motion is GRANTED. *See Nken v. Holder*, 556 U.S. 418, 434–35 (2009).[1]

                                              FOR THE COURT:
                                              Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

---

[1] Judge Sullivan does not believe that Appellant has made the requisite "strong showing that [s]he is likely to succeed on the merits" of her request to proceed anonymously, *Nken*, 556 U.S. at 434, and would deny the motion to stay.

CERTIFIED COPY ISSUED ON 03/03/2026