# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of July, two thousand twenty-six,

---

Jane Doe,

        Plaintiff - Appellant,

   v.

Fashion Institute of Technology,

        Defendant - Appellee.

---

**ORDER**
Docket No. 25-1761

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: Jul 16, 2026

This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

Counsel for the appellant has submitted a timely notice of reinstatement.

IT IS HEREBY ORDERED that the appeal is reinstated.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/15/2026