UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                    :

JANE DOE,                              :

                 Plaintiff,          :

           -v-                   :             25 Civ. 950 (JPC)

                                      :

FASHION INSTITUTE OF TECHNOLOGY,   :             <u>ORDER</u>

                                      :

                Defendant.       :

---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       By July 24, 2026, the parties must submit a joint letter on the status of the pending appeal,

settlement discussions, and whether they request a referral to the Honorable Jennifer Willis for a

settlement conference.

       SO ORDERED.

Dated: July 19, 2026
       New York, New York                             JOHN P. CRONAN
                                            United States District Judge