**NJAC** National Jewish
Advocacy Center
3 Times Square
NY NY 10036

July 24, 2026

**<u>VIA ELECTRONIC FILING AND E-MAIL</u>**

Hon. John P. Cronan
United States District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

CronanNYSDChambers@nysd.uscourts.gov

Re:     *Doe v. Fashion Institute of Technology*, Case No.: 1-25-CV-00950

Dear Judge Cronan:

We represent the Plaintiff Jane Doe ("Plaintiff") herein. We submit this Joint Letter together with Defendant Fashion Institute of Technology in accordance with Your Honor's July 19, 2026, order (Dkt. Entry 64).

Today the parties filed in the Second Circuit Court of Appeals a Stipulation of Withdrawal Without Prejudice of the Appeal, case number 25-1761, stating that Plaintiff may reinstate her appeal by filing written notice with the Second Circuit Clerk by August 18, 2026. The parties further stipulated that during this time period, the Second Circuit Order, Docket Entry 42.1, granting a stay pending appeal of this Court's order directing Plaintiff to file an amended complaint using her true name, shall remain in effect during this time period.

Plaintiff anticipates filing a dismissal with prejudice of the amended complaint pending in this Court, and a Stipulation of Withdrawal with Prejudice in the Second Circuit, by August 18, 2026. We do not request a referral to the Honorable Jennifer Willis for a settlement conference.

Respectfully submitted,

/s/ *Abra Siegel*
Abra Siegel
NATIONAL JEWISH ADVOCACY CENTER
*Attorneys for Plaintiff*
Three Times Square
New York, New York 10036
(312) 487-1281

Rebecca Kimura
BOND SCHOENECK & KING
*Attorneys for Defendant*
600 Third Avenue, 22nd Floor
New York, NY 10016
646.253.2309

The Court thanks the parties for their update. The parties should submit a further status letter by August 18, 2026, if a stipulation of dismissal is not filed by that date.

SO ORDERED
July 24, 2026

JOHN P. CRONAN
United States District Judge